Case 7:21-cv-00737-KMK   Document 11   Filed 04/05/21   Page 1 of 1

**BIS** | **BARNES IACCARINO & SHEPHERD LLP**

MEMO ENDORSED

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel:  516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

April 5, 2021

Honorable Judge Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Trustees of the District Council 9 et al., v. American Venture Construction LLC
Docket No. 21-CIV-00737 (KMK)

Dear Honorable Judge Karas:

We represent the Plaintiffs in the above referenced matter.

We recently received a Notice of Petition in the United States Bankruptcy Court District of New Jersey under Chapter 11 bearing Case Number 21-12650 filed by the Defendant, American Venture Construction LLC.

Accordingly, Plaintiffs respectfully request that the above action be stayed or placed on an inactive status pending the final outcome of the pending bankruptcy proceeding with leave for Plaintiffs to re-open the matter upon written request if the bankruptcy case is dismissed. If the debt is discharged or the debt becomes part of a plan of reorganization "So Ordered" in Bankruptcy Court, Plaintiffs will file a voluntary notice of dismissal.

Thank you for your assistance and courtesies.

Granted. The case will put on inactive status pending the final outcome of the bankruptcy proceeding with leave for Plaintiffs to re-open the case if the bankruptcy case is dismissed.

Sincerely,

Dana L. Henke

So Ordered.
4/5/21

cc: Karen M. Hertz, Esq., karen@hertzlegal.com
Andre L. Kydala, Esq., kydalalaw@aim.com
Attorneys for the Defendant/Debtor