UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND, *et al.*,

                              Plaintiffs,                  **ORDER**

     -against-                                        21 Civ. 737 (KMK)(JCM)

AMERICAN VENTURE CONSTRUCTION
LLC, *et al.*,

                              Defendants.
----------------------------------------------------------X

       On December 9, 2021, this Court scheduled a telephone conference for February 9, 2022 at 10:30 a.m. (Docket No. 46). Counsel for defendants did not appear at the February 9, 2022 conference, nor did she contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

       Accordingly, counsel for defendants is directed to submit a letter to the Court by close of business February 10, 2022 explaining her failure to appear. Furthermore, all counsel shall participate in a telephone conference on February 18, 2022 at 11:00 a.m. Counsel shall call 877-873-8017 and enter access code 4264138 at the time of the conference.

Dated:   February 9, 2022
              White Plains, New York

                                                   **SO ORDERED:**

                                                     _____
                                                     JUDITH C. McCARTHY
                                                     United States Magistrate Judge