

**BIS** | **BARNES IACCARINO & SHEPHERD LLP**
ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

April 7, 2022

Honorable Judge Kenneth M. Karas
United States District Judge
Southern District New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>Trustees of the District Council No. 9 et al. v. American Venture Construction et al.</u>
Docket No. 21-cv-00737

Dear Honorable Judge Karas:

This firm represents the Plaintiffs in the above referenced matter. I write jointly with counsel for the Defendants to request a two month extension of the deadline to file any pre-motion letters. The parties are making this request because an audit of the books and records of American Venture Construction has been conducted by Plaintiffs. The Parties are now in the rebuttal stage of the audit process and are in the midst of exchanging information and reviewing the status of every employee listed in the very lengthy audit report. Neither Party can properly make a motion until the audit is finalized.

We thank the Court for its consideration to this matter.

Granted.
So Ordered.
*/s/*
4/7/22

Very truly yours,
*Dana L. Henke*
Dana L. Henke

cc: Karen Mizrahi, Esq.
Counsel for Defendants