UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY INSURANCE FUND and
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY ANNUITY FUND and
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
FINISHING TRADES INSTITUTE and THE DISTRICT
COUNCIL NO. 9 INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES,

       Plaintiffs,

-against-

AMERICAN VENTURE CONSTRUCTION LLC and
AMERICAN VENTURE GROUP INC. and AMERICAN
TRI-VENTURE LLC a/k/a AMERICAN TRIVENTURE
a/k/a EAST COAST COMMERCIAL RENOVATORS LLC
and ALAN FRANCISCO, Individually,

       Defendants.

Index No.: 21-CIV-737 (KMK)

STIPULATION OF
JUDGMENT BY CONSENT

---

  This Stipulation of Judgment by Consent is being entered into between counsel for the Plaintiffs, Trustees of the District Council No. 9 Painting Industry Insurance Fund and Trustees of the District Council No. 9 Painting Industry Annuity Fund and Trustees of the District Council No. 9 Finishing Trades Institute (hereinafter referred to as the "Funds") (collectively referred to as "Plaintiffs") and District Council No. 9 International Union of Painters and Allied Trades, (hereinafter referred to as the "Union") or (collectively referred to as "Plaintiffs") and counsel for the Defendant Alan Francisco in the above entitled action.

  It is hereby agreed by the Parties and to be "So Ordered" and entered by the Court that the Plaintiffs have Judgment only against the individual defendant "Alan Francisco" in the liquidated amount of Two Hundred and Five Thousand and Twenty-Three Dollars and Three Cents ($205,023.03), which includes principal contributions, interest, liquidated damages, and audit fees for the audit period January 1, 2018 through December 31, 2020.

It is hereby further agreed that this judgment is not binding on any other Party other than the individual named herein and any amounts paid towards this Judgment by any third party shall be credited against the Judgment herein.

AGREED and CONSENTED this 26th day of May 2022

Hertz Legal PC

By: _____
Karen L. Mizrahi
503 Half Moon Bay Drive
Croton on Hudson, New York 10520
(914) 393-6971

Barnes, Iaccarino & Shepherd LLP

By: _____
Dana L. Henke
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

SO ORDERED:

_____
Honorable Kenneth M. Karas, U.S.D.J.
5/27/22

This document was entered on the docket on

_____

Judgement Entered:

_____

Clerk

By:_____
   Deputy Clerk