ABSTRACT OF JUDGMENT

Re: Trustees of the District Council No. 9 et al. (Please see Rider)

Case Number: 21-cv-00737 (KMK)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Alan Francisco<br>318 Kingsland Road<br>Landing, NJ 07850 | Trustees of the District Council No. 9 Painting Industry Insurance Fund and Trustees of the District Council No. 9 Painting Industry Annuity Fund and Trustees of the District Council No. 9 Finishing Trades Institute and The District Council No. 9 International Union of Painters and Allied Trades,<br>595 West Hartsdale Avenue<br>White Plains, NY 10607 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $205,023.03 | Dana Henke<br>Barnes, Iaccarino & Shepherd, LLP<br>258 Saw Mill River Road<br>Elmsford, NY 10523 | 05/27/2022 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York                , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
By, Deputy Clerk